PERFECT WINDOW REGULATOR COMPANY, Respondent, v. FISHER BODY CORPORATION and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PERFECT WINDOW REGULATOR COMPANY, Cross-Appellant, v. FISHER BODY CORPORATION and Others, Appellants, Impleaded with Others.— Order so far as appealed from by plaintiff reversed and motion in said respects granted, and upon defendants' appeal order modified as provided in order; the

bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.